IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Michael Joseph Lyons, | NO. C 07-03510 JW |
|     Plaintiff, | **JUDGMENT** |
|   v. | |
| Social Security Administration, et al., | |
|     Defendants. | |

Pursuant to the Court's October 26, 2007 of Dismissal Pursuant to Rule 41(b) of Fed. R. Civ. P., judgment is entered in favor of Defendants Social Security Administration, United States Department of Treasury, and Santa Clara County, California, against Plaintiff Michael Joseph Lyons.

The Clerk shall close this file.

Dated: October 26, 2007

                                        JAMES WARE
                                        United States District Judge

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Michael Joseph Lyons
117 West Beach Street
Watsonville, CA 95076

**Dated: October 26, 2007**  **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**

United States District Court
For the Northern District of California